UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  ED 17-cv-00342 VAP (KKx)     Date  6/5/2017

Title  *Sarah Dieffenbacher  v.  Betsy DeVos, et al*

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

Alec Harris
Toby R. Merrill

Indira Cameron-Banks, AUSA

**Proceedings:** DEFENDANT'S MOTION FOR VOLUNTARY REMAND [DOC. NO. 25]

Matter called.  Counsel of record are present.  Court issues a tentative ruling, hears oral argument and takes the matter under submission.

**IT IS SO ORDERED.**