DEANNE B. LOONIN (SBN 156733)
dloonin@law.harvard.edu
EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tomerrill@law.harvard.edu
ALEC P. HARRIS (*Pro Hac Vice*)
aharris@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

ROBYN C. SMITH (SBN 165446)
rsmith@lafla.org
LEGAL AID FOUNDATION OF LOS ANGELES
5228 Whittier Blvd.
Los Angeles, CA 90022
Tel.: (213) 640-3906
Fax: (213) 640-3911

Attorneys for Plaintiff
SARAH DIEFFENBACHER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH DIEFFENBACHER, <br><br> *Plaintiff*, <br><br> v. <br><br> BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> *Defendant*. | Case No.: 5:17-cv-00342-VAP-KK <br><br> **PLAINTIFF'S SUPPLEMENT IN SUPPORT OF OPPOSITION TO MOTION FOR VOLUNTARY REMAND** <br><br> Hearing Date:  June 5, 2017 <br> Hearing Time:  2:00 p.m. <br> Ctrm.:  8A <br> Hon.:  Virginia A. Phillips |

1 Plaintiff, Sarah Dieffenbacher, provides this supplement in support of her Opposition to Motion for Voluntary Remand (Dkt. #26). On March 2, 2017, the parties stipulated to withdrawal of Plaintiff's Motion for a Temporary Restraining Order on the condition that "garnishment will remain suspended until final judgment is rendered in this civil action" (Dkt. #11). Defendant's Motion for Voluntary Remand affirmed this stipulation, stating, "DOE voluntarily agreed to suspend the wage garnishment pending final judgment" and "DOE agrees to continue the suspension of the wage garnishment while the reconsideration decision is pending" (Dkt. #25).

On the day this Court heard argument on Defendant's Motion for Voluntary Remand, June 5, 2017, Plaintiff received a "Notice Prior to Wage Withholding," attached hereto as Exhibit A. The notice threatens wage garnishment to collect the loans at issue in this case, stating: "This letter serves as notice that Educational Credit Management Corp, pursuant to federal law (20 U.S.C. 1095a), will order your employer to immediately withhold money from your pay . . . for payment of your defaulted student loan(s) unless you take the action set forth in this notice." The notice sets a deadline of July 5, 2017 for Ms. Dieffenbacher to object to wage garnishment.

This renewed notice of wage garnishment has exacerbated Ms. Dieffenbacher's anxiety and uncertainty about her financial security. It calls into question the Defendant's good faith in requesting voluntary remand. Therefore, Plaintiff renews her request that this Court deny Defendant's Motion for Voluntary Remand.

Dated: June 7, 2017

Respectfully Submitted,

/s/ *Alec P. Harris*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Alec P. Harris
Eileen M. Connor
Deanne B. Loonin
Toby R. Merrill
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Robyn C. Smith
LEGAL AID FOUNDATION OF
LOS ANGELES
5228 Whittier Blvd.
Los Angeles, CA 90022
Tel.: (213) 640-3906
Fax: (213) 640-3911

*Attorneys for Plaintiff Sarah Dieffenbacher*