# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarah Dieffenbacher<br><br>PLAINTIFF(S)<br>v.<br>Betsy DeVos<br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCV17-00342 VAP (KKx)<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 9/8/17 | 33 | Letter Response |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by 9/14/17 .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

    A pleading should not be submitted to the Court in letter format. Refer to Local Rule 11-3 - Documents Presented to the Court - Form and Format.

Clerk, U.S. District Court

Dated: 9/13/17

By: P. Songco
Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge