UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-342-VAP (KKx) | Date | 10/31/2017 |
| Title | *Sarah Dieffenbacher v. Betsy DeVos, in her official capacity as Secretary of the United States Department of Education* | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):           Attorney(s) Present for Defendant(s):

None Present                                             None Present

**Proceedings:** **MINUTE ORDER (IN CHAMBERS) VACATING OSC (DOC. NO. 37) AND ORDERING DEFENDANT TO FILE ANSWER OR RESPONSIVE PLEADING WITHIN 20 DAYS**

On September 22, 2017, the Court ordered the parties to show cause, in writing, no later than October 19, 2017, why this case should not be dismissed for lack of subject matter jurisdiction. (Doc. No. 37.)

Upon review of the parties' timely-filed responses (Doc. Nos. 38 & 39), the Court has determined that it has jurisdiction over this case and VACATES the OSC. Defendant shall answer the Complaint or file a responsive pleading within twenty (20) days of the date of this Order.

**IT IS SO ORDERED.**