1  SANDRA R. BROWN
2  Acting United States Attorney
   DOROTHY A. SCHOUTEN
3  Assistant United States Attorney
   Chief, Civil Division
4  INDIRA J. CAMERON-BANKS [CBN: 248634]
5  Assistant United States Attorney
        Federal Building, Suite 7516AA
6       300 North Los Angeles Street
7       Los Angeles, California 90012
        Telephone: (213) 894-2442
8       Facsimile: (213) 894-7819
9       E-mail: indira.j.cameron-banks@usdoj.gov
10
   Attorneys for Federal Defendant
11

12              UNITED STATES DISTRICT COURT

13        FOR THE CENTRAL DISTRICT OF CALIFORNIA

14  SARAH DIEFFENBACHER,               Case No. 5:17-CV-342-VAP (KKx)

15              Plaintiff,

16        v.                           **FEDERAL DEFENDANT'S ANSWER
                                       TO COMPLAINT FOR
17  BETSY DEVOS, in her official capacity   DECLARATORY AND INJUNCTIVE
    as Secretary of the United States   RELIEF**
18  Department of Education,

19              Defendant.

20

21

22        Federal Defendant, Betsy DeVos, in her official capacity as Secretary of the United

23  States Department of Education ("Defendant") in response to the Complaint for

24  Declaratory and Injunctive Relief ("Complaint") by Plaintiff Sarah Dieffenbacher

25  ("Plaintiff"), and without waiving the below listed affirmative defenses, hereby admits,

26  denies, and answers the as follows:

27

28

                                        1

**INTRODUCTION**

1.     Defendant admits the allegations in paragraph 1.

2.     Defendant admits only that Plaintiff has asserted to the Department of Education ("DOE") a defense to repayment.  Defendant denies the remaining allegations in paragraph 2.

3.     Defendant admits the allegations in paragraph 3.

4.     Defendant admits only that DOE had authorized an administrative wage garnishment.  To the extent that the allegations contained in paragraph 4 constitute legal conclusions, they do not require a response.  Defendant denies the remaining allegations in paragraph 4.

5.     Defendant states that the allegations contained in paragraph 5 constitute legal conclusions and/or asserts of a jurisdictional basis for this action that do not require a response.

**JURISDICTION AND VENUE**

6.     Defendant states that the allegations contained in paragraph 6 constitute legal conclusions and/or asserts of a jurisdictional basis for this action that do not require a response.

7.     Defendant states that the allegations contained in paragraph 7 constitute legal conclusions and/or asserts of a jurisdictional basis for this action that do not require a response.

**PARTIES**

8.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in paragraph 8, and therefore denies the allegations in this paragraph.

9.     Defendant admits only that she is the Secretary of DOE.  Defendant denies the remaining allegations in paragraph 9.

## BACKGROUND

### Secretary's Authority over FFEL Loan Program

10.  Defendant states that the allegations contained in paragraph 10 constitute legal conclusions that do not require a response.

11.  Defendant states that the allegations contained in paragraph 11 constitute legal conclusions that do not require a response.

12.  Defendant states that the allegations contained in paragraph 10 constitute legal conclusions that do not require a response.

13.  Defendant states that the allegations contained in paragraph 13 constitute legal conclusions that do not require a response.

14.  Defendant states that the allegations contained in paragraph 14 constitute legal conclusions that do not require a response.

15.  Defendant states that the allegations contained in paragraph 15 constitute legal conclusions that do not require a response.

### Administrative Wage Garnishment

16.  Defendant states that the allegations contained in paragraph 16 constitute legal conclusions that do not require a response.

17.  Defendant states that the allegations contained in paragraph 17 constitute legal conclusions that do not require a response.

18.  Defendant states that the allegations contained in paragraph 18 constitute legal conclusions that do not require a response.

19.  Defendant states that the allegations contained in paragraph 19 constitute legal conclusions that do not require a response.

20.  Defendant states that the allegations contained in paragraph 20 constitute legal conclusions that do not require a response.

21.  Defendant states that the allegations contained in paragraph 21 constitute legal conclusions that do not require a response.

22.     Defendant states that the allegations contained in paragraph 22 constitute legal conclusions that do not require a response.

23.     Defendant states that the allegations contained in paragraph 23 constitute legal conclusions that do not require a response.

24.     Defendant states that the allegations contained in paragraph 24 constitute legal conclusions that do not require a response.

25.     Defendant states that the allegations contained in paragraph 25 constitute legal conclusions that do not require a response.

26.     Defendant states that the allegations contained in paragraph 26 constitute legal conclusions that do not require a response.

27.     Defendant states that the allegations contained in paragraph 27 constitute legal conclusions that do not require a response.

28.     Defendant states that the allegations contained in paragraph 28 constitute legal conclusions that do not require a response.

29.     Defendant states that the allegations contained in paragraph 29 constitute legal conclusions that do not require a response.

30.     Defendant states that the allegations contained in paragraph 30 constitute legal conclusions that do not require a response.

**Challenge to Legal Enforceability of Debt Based on School Misconduct**

31.     Defendant states that the allegations contained in paragraph 31 constitute legal conclusions that do not require a response.

32.     Defendant states that the allegations contained in paragraph 32 constitute legal conclusions that do not require a response.

33.     Defendant states that the allegations contained in paragraph 33 constitute legal conclusions that do not require a response.

34.     Defendant states that the allegations contained in paragraph 34 constitute legal conclusions that do not require a response.

1    35.    Defendant states that the allegations contained in paragraph 35 constitute

2    legal conclusions that do not require a response.

3                            **FACTUAL ALLEGATIONS**

4    36.    Defendant admits the allegations in paragraph 36.

5    37.    Defendant admits the allegations in paragraph 37.

6    38.    Defendant denies the allegations in paragraph 38.

7    39.    Defendant admits the allegations in paragraph 39.

8    40.    Defendant lacks sufficient knowledge or information to admit or deny the

9    allegations in paragraph 40 and therefore denies them.

10    41.    Defendant admits the allegations in paragraph 41.

11    42.    Defendant lacks sufficient knowledge or information to admit or deny the

12    allegations in paragraph 42 and therefore denies them.

13    43.    Defendant lacks sufficient knowledge or information to admit or deny the

14    allegations in paragraph 43 and therefore denies them.

15    44.    Defendant lacks sufficient knowledge or information to admit or deny the

16    allegations in paragraph 44 and therefore denies them.

17    45.    Defendant lacks sufficient knowledge or information to admit or deny the

18    allegations in paragraph 45 and therefore denies them.

19    46.    Defendant lacks sufficient knowledge or information to admit or deny the

20    allegations in paragraph 46 and therefore denies them.

21    47.    Defendant lacks sufficient knowledge or information to admit or deny the

22    allegations in paragraph 47 and therefore denies them.

23    48.    Defendant admits the allegations in paragraph 48.

24    49.    Defendant admits the allegations in paragraph 49.

25    50.    Defendant admits the allegations in paragraph 50.

26    51.    Defendant admits the allegations in paragraph 51.

27    52.    Defendant states that the allegations contained in paragraph 52 constitute

28    legal conclusions that do not require a response.

53.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in paragraph 53 and therefore denies them.

54.     Defendant states that the allegations contained in paragraph 54 constitute legal conclusions that do not require a response.

55.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in paragraph 55 and therefore denies them.

56.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in paragraph 56 and therefore denies them.

57.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in paragraph 57 and therefore denies them.

58.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in paragraph 58 and therefore denies them.

59.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in paragraph 59 and therefore denies them.

60.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in paragraph 60 and therefore denies them.

61.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in paragraph 60 and therefore denies them.

62.     Defendant admits the allegations in paragraph 62.

63.     Defendant admits the allegations in paragraph 63.

64.     Defendant admits the allegations in paragraph 64.

65.     Defendant admits the allegations in paragraph 65.

66.     Defendant admits the allegations in paragraph 66.

67.     Defendant admits the allegations in paragraph 67.

68.     Defendant admits the allegations in paragraph 68.

69.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in paragraph 69 and therefore denies them.

70.     Defendant denies the allegations in paragraph 70.

71.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in paragraph 71 and therefore denies them.

## CAUSE OF ACTION: Violation of the Administrative Procedure Act, 5 U.S.C. § § 701 *et seq*.

72.     Defendant incorporates its responses to paragraphs 1 through 71 as if set forth fully herein.

73.     Defendant states that the allegations in paragraph 73 constitute legal conclusions and/or a prayer for relief that do not require a response.

74.     Defendant states that the allegations in paragraph 74 constitute legal conclusions that do not require a response.

75.     Defendant states that the allegations in paragraph 75 constitute legal conclusions that do not require a response.

76.     Defendant denies the allegations in paragraph 76.

77.     Defendant denies the allegations in paragraph 77.

78.     Defendant states that the allegations in paragraph 78 constitute legal conclusions that do not require a response.

## PRAYER

The paragraphs preceded by heading "Prayer" including, without limitation, paragraphs A through E constitutes Plaintiff's prayer for relief to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations in these paragraphs

Any allegations to which a response is deemed necessary and which have not been admitted, denied, or otherwise responded to are hereby denied.

7

1    WHEREFORE, Defendant prays for judgment dismissing the Complaint,

2  awarding Defendant with costs of suit incurred in defense of this action, and for other

3  such relief as the Court deems proper.

4

5

6   DATE: November 20, 2017                    Respectfully submitted,

7                                              SANDRA R. BROWN
                                               Acting United States Attorney
8                                              DOROTHY A. SCHOUTEN
                                               Assistant United States Attorney
9                                              Chief, Civil Division

10                                             */s/ Indira J. Cameron-Banks*
11                                             Assistant United States Attorney

12                                             Attorneys for Federal Defendant
13                                             BETSY DEVOS, in her official capacity
                                               as Secretary of the United States
14                                             Department of Education

15

16

17

18

19

20

21

22

23

24

25

26

27

28