1  NICOLA T. HANNA
   United States Attorney
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief, Civil Division
4  INDIRA J. CAMERON-BANKS [CBN: 248634]
   Assistant United States Attorney
5       Federal Building, Suite 7516AA
        300 North Los Angeles Street
6       Los Angeles, California 90012
7       Telephone: (213) 894-2442
        Facsimile: (213) 894-7819
8       E-mail: indira.j.cameron-banks@usdoj.gov

9  Attorneys for Federal Defendant
   Betsy DeVos, in her official capacity as Secretary of the United States Department of
10 Education

11

12                     UNITED STATES DISTRICT COURT

13                FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

| SARAH DIEFFENBACHER, | Case No. 5:17-CV-342-VAP (KKx) |
|---|---|
| Plaintiff, | **DEFENDANT'S NOTICE OF FILING CERTIFIED ADMINISTRATIVE RECORD** |
| v. | |
| BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education, | Honorable Virginia A. Phillips |
| Defendant. | |

1

Federal Defendant, Betsy DeVos, in her official capacity as Secretary of the United States Department of Education, hereby electronically files the Certified Administrative Record at issue in this Administrative Procedures Act, 5 U.S.C. § 702 action.

DATE: January 12, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division

*/s/ Indira J. Cameron-Banks*
Assistant United States Attorney

Attorneys for Federal Defendant BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education