UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **EDCV 17-342-VAP (KKx)** | Date | 1/19/2018 |
|---|---|---|---|
| Title | ***Sarah Dieffenbacher v. Betsy DeVos, in her official capacity as Secretary of the United States Department of Education*** | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   MINUTE ORDER (IN CHAMBERS) ORDERING PARTIES TO SHOW CAUSE REGARDING FAILURE TO COMPLY WITH COURT ORDER SETTING SCHEDULING CONFERENCE (DOC. NO. 42) AND CONTINUING SCHEDULING CONFERENCE TO FEBRUARY 12, 2018

On December 1, 2017, the Court issued an order setting a scheduling conference in this case for 1:30 p.m. on January 22, 2018.  (Doc. No. 42.)  The order informed the parties of their obligations under Federal Rule of Civil Procedure 26(f) and the Court's Local Rules to report to the Court not later than 14 days after they conferred and to complete the table attached as Exhibit A as part of their joint report under Rule 26(f), and cautioned that "[f]ailure to comply may lead to the imposition of sanctions."  (Id.)  The parties failed to file a Rule 26(f) report, but did file a request for ADR Procedure No. 2 on January 12, 2018.  (Doc. No. 44.)

Accordingly, the Court ORDERS the parties to show cause, in writing, no later than 4:00 p.m. on January 26, 2018 why the Court should not impose sanctions for their failure to file a Rule 26(f) report.  The Court also CONTINUES the scheduling conference to **1:30 p.m. on February 12, 2018** and ORDERS the parties to file their Rule 26(f) report no later than 4:00 p.m. on January 26, 2018.

**IT IS SO ORDERED.**