NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS [CBN: 248634]
Assistant United States Attorney
     Federal Building, Suite 7516AA
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2442
     Facsimile: (213) 894-7819
     E-mail: indira.j.cameron-banks@usdoj.gov

Attorneys for Federal Defendant
Betsy DeVos, in her official capacity as Secretary of the United States Department of Education

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH DIEFFENBACHER,<br><br>       Plaintiff,<br><br>   v.<br><br>BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>       Defendant. | Case No. 5:17-CV-342-VAP (KKx)<br><br>**NOTICE OF ERRATA**<br><br>Honorable Virginia A. Phillips |

1   Federal Defendant, Betsy DeVos, in her official capacity as Secretary of the
2   United States Department of Education, submits this Notice of Errata regarding
3   Defendant's Notice of Filing Certified Administrative Record (Docket 43).  Defendant
4   inadvertently filed the Certified Administrative Record without the Certification of True
5   Copy.  Therefore, attached hereto as Exhibit "A" is the Certification, including the
6   complete Certified Administrative Record.

DATE: February 9, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division

*/s/ Indira J. Cameron-Banks*
Assistant United States Attorney

Attorneys for Federal Defendant
BETSY DEVOS, in her official capacity
as Secretary of the United States
Department of Education