UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **ED 17-cv-00342 VAP (KKx)** | Date **4/30/2018** |
| Title *Sarah Dieffenbacher v. Betsy Devos, as Secretary of U.S. Department of Education* | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Alec P. Harris<br>Toby R. Merrill<br>Robyn C. Smith | Indira J. Cameron-Banks, AUSA |

**Proceedings:**   PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; [DOC. NO. 52]
DEFENDANT'S MOTION TO DISMISS FOR MOOTNESS; [DOC NO. 53]

Matter called.  Counsel make their appearance as indicated above.  Court issues tentative ruling, and invites oral argument by Counsel.  Having heard from counsel, Court takes the matter under submission.

**IT IS SO ORDERED.**