# United States District Court
# Central District of California

JS-6



| | |
|---|---|
| Sarah Dieffenbacher<br><br>    Plaintiff,<br><br>v.<br><br>Betsy DeVos, in her official capacity as Secretary of the United States Department of Education<br><br>    Defendant. | EDCV 17-342-VAP (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Pursuant to the Order Granting Defendant's Motion to Dismiss filed concurrently herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:  5/4/18

Virginia A. Phillips
United States District Judge