# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-5

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:17-cv-00342 VAP (KKx)         Date July 20, 2018

Title: SARAH DIEFFENBACHER v. BETSY DeVOS

Present: The Honorable VIRGINIA A. PHILLIPS, CHIEF U. S. DISTRICT JUDGE

| Beatrice Herrera | N/R |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

NONE                                        NONE

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been ~~closed~~ re-open on entry dated Jun 27, 2018.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Order vacating dismissal and judgment.

☐ Entered _____.

Initials of Preparer    Bea