1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   INDIRA J. CAMERON-BANKS [CBN: 248634]
4  Assistant United States Attorney
   Chief, Financial Litigation Section
5          Federal Building, Suite 7516AA
           300 North Los Angeles Street
6          Los Angeles, California 90012
           Telephone: (213) 894-2442
7          Facsimile:  (213) 894-7819
           E-mail: Indira.J.Cameron-Banks@usdoj.gov
8
9
10 Attorneys for Federal Defendant
   Betsy DeVos, in her official capacity as Secretary of the United States Department of
11 Education

12              UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

15

16 SARAH DIEFFENBACHER,              Case No. 5:17-CV-342-VAP (KKx)

17              Plaintiff,

18       v.                          **FEDERAL DEFENDANT'S ANSWER
                                     TO FIRST AMENDED COMPLAINT
19 BETSY DEVOS, in her official capacity  FOR DECLARATORY AND
   as Secretary of the United States  INJUNCTIVE RELIEF**
20 Department of Education,

21              Defendant.

22

23

24

25       Federal Defendant, in her official capacity as Secretary of the United States

26 Department of Education ("Defendant"), in response to the First Amended Complaint for

27 Declaratory and Injunctive Relief ("First Amended Complaint") by Plaintiff Sarah

28 Dieffenbacher ("Plaintiff"), hereby admits, denies, and answers the First Amended

                                    1

Complaint as follows:

## INTRODUCTION

1.     Defendant admits the allegations in this paragraph.

2.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore denies them.

3.     Defendant admits only that Plaintiff has challenged the enforceability of her federal student loans to attend Everest College.  Defendant denies the remaining allegations in this paragraph.

4.     Defendant admits only that Plaintiff has asserted a defense to repayment of her federal student loans.  Defendant denies the remaining allegations in this paragraph.

5.     Defendant admits only that the administrative wage garnishment decision issued in connection with Plaintiff's student loans was withdrawn.  To the extent that the allegations contained in this constitute legal conclusions, they do not require a response.

6.     Defendant denies the allegations in this paragraph.

7.     Defendant admits only that on February 28, 2018, Defendant issued a "Borrower Defense Claim- Adjudication Notice" approving Plaintiff's claim for forgiveness of her federal student loans under the borrower defense to repayment rule.  To the extent that the allegations contained in this constitute legal conclusions, they do not require a response.  Defendant denies the remaining allegations in this paragraph.

8.     Defendant denies the allegations in this paragraph.

9.     Defendant denies the allegations in this paragraph.

10.     Defendant denies the allegations in this paragraph.

11.     Defendant denies the allegations in this paragraph.

12.     Defendant denies the allegations in this paragraph.

1

### JURISDICTION AND VENUE

2       13.     Defendant states that the allegations contained in this paragraph
3  constitute legal conclusions and/or asserts of a jurisdictional basis for this action
4  that do not require a response.
5       14.     Defendant states that the allegations contained in this paragraph
6  constitute legal conclusions and/or assert of a jurisdictional basis for this action that
7  do not require a response.

8                           ### PARTIES

9       15.     Defendant lacks sufficient knowledge or information to admit or deny
10 the allegations in this paragraph, and therefore denies them.
11      16.     Defendant admits only that she is the Secretary of the Department of
12 Education.  Defendant states that the allegations contained in this paragraph
13 constitute legal conclusions and therefore do not require a response.

14        ### STATUTORY AND REGULATORY FRAMEWORK

15      **Secretary's Authority over FFEL and Direct Loan Program**

16      17.     Defendant states that the allegations contained in this paragraph
17 constitute legal conclusions and therefore do not require a response.
18      18.     Defendant states that the allegations contained in this paragraph
19 constitute legal conclusions and therefore do not require a response.
20      19.     Defendant states that the allegations contained in this paragraph
21 constitute legal conclusions and therefore do not require a response.
22      20.     Defendant states that the allegations contained in this paragraph
23 constitute legal conclusions and therefore do not require a response.
24      21.     Defendant states that the allegations contained in this paragraph
25 constitute legal conclusions and therefore do not require a response.
26      22.     Defendant states that the allegations contained in this paragraph
27 constitute legal conclusions and therefore do not require a response.
28      23.     Defendant states that the allegations contained in this paragraph

constitute legal conclusions and therefore do not require a response.

### *Administrative Wage Garnishment*

24.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

25.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

26.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

27.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

28.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

29.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

30.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

31.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

32.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

33.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

34.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

35.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

36.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

37.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

38.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

### ***Challenge to Legal Enforceability of Debt Based on School Misconduct***

39.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

40.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

41.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

42.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

43.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

44.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

45.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

46.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

47.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

48.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

### ***"Gainful Employment"***

49.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

50.      Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

51.      Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

52.      Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

53.      Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

54.      Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

55.      Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

56.      Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

57.      Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

58.      Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

### ***The Privacy Act***

59.      Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

60.      Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

61.      Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

62.      Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

63.      Defendant states that the allegations contained in this paragraph

constitute legal conclusions and therefore do not require a response.

64.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

65.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

66.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

67.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

68.     Defendant states that the allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

## FACTUAL ALLEGATIONS

### *Plaintiff's Federal Student Loans*

69.     Defendant admits only that Plaintiff has student loan debt related to Everest College.   Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in this paragraph and therefore denies them.

70.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

71.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

72.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

73.     Defendant admits only that Plaintiff has student loan debt related to Everest College, some of which was taken pursuant to the Direct Student Loan Program and/or the FFELP, and some taken under FFEL program.   Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in this paragraph and therefore denies them.

74.     Defendant admits the allegations in this paragraph.

7

75.     Defendant admits the allegations in this paragraph as to her FFEL and Direct Loans.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in this paragraph and therefore denies them.

### ***Everest's Illegal Conduct***

76.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

77.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

78.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

79.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

80.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

81.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

82.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

83.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

84.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

85.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

86.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

87.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

88.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

89.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

90.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

91.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

92.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

93.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

94.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

95.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

96.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

97.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

98.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

99.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

100.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

101.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

102.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

103.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

104.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

105.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

106.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

107.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

108.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

109.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

110.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

111.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

112.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

113.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

114.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

115.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

116.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

117.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

118.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

119.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

120.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

121.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

122.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

123.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

124.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

125.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

126.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

127.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

128.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

129.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

130.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

131.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

132.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

133.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

134.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

135.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

136.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

137.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

138.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

139.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

140.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

141.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

142.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

143.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

144.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

### ***Plaintiff's Attempts to Have Her Debt Determined Legally Unenforceable***

145.     Defendant admits only that in March 2015, Plaintiff applied for discharge of her student loan debt pursuant to the borrower defense rule.  To the extent that the allegations contained in this constitute legal conclusions, they do not require a response.  Defendant denies the remaining allegations in this paragraph.

146.     Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of the documents submitted in March 2015 differs from the actual documents, which speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in this paragraph and therefore denies them.

147.     Defendant admits only that the Department did not have a form for receiving borrower defense claims at that time. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in this paragraph and therefore denies them.

148.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

149.     Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of the documents submitted in March 2015 differs from the actual documents, which speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in this paragraph and therefore denies them.

150.     Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of the documents submitted in March 2015 differs from the actual documents, which speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in this paragraph and therefore denies them.

1   151.   Defendant denies the allegations in this paragraph to the extent that
2   Plaintiff's characterization of the documents submitted in March 2015 differs from
3   the actual documents, which speak for themselves. Defendant lacks sufficient
4   knowledge or information to admit or deny the remaining allegations in this
5   paragraph and therefore denies them.

6   152.   Defendant admits only that Plaintiff defaulted on her ECMC
7   guaranteed federal student loans.  Defendant lacks sufficient knowledge or
8   information to admit or deny the remaining allegations in this paragraph and
9   therefore denies them.

10   153.   Defendant lacks sufficient knowledge or information to admit or deny
11   the remaining allegations in this paragraph and therefore denies them.

12   154.   Defendant lacks sufficient knowledge or information to admit or deny
13   the remaining allegations in this paragraph and therefore denies them.

14   155.   Defendant denies the allegations in this paragraph to the extent that
15   Plaintiff's characterization of the documents submitted in October 2016 differs from
16   the actual documents, which speak for themselves. Defendant lacks sufficient
17   knowledge or information to admit or deny the remaining allegations in this
18   paragraph and therefore denies them.

19   156.   Defendant lacks sufficient knowledge or information to admit or deny
20   the remaining allegations in this paragraph and therefore denies them.

21   157.   Defendant lacks sufficient knowledge or information to admit or deny
22   the remaining allegations in this paragraph and therefore denies them.

23   158.   Defendant states that the allegations contained in this paragraph
24   constitute legal conclusions and therefore do not require a response.

25   159.   Defendant states that the allegations contained in this paragraph
26   constitute legal conclusions and therefore do not require a response.  To the extent a
27   response is deemed required, Defendant denies the allegations contained in this
28   paragraph.

14

160.   Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of documents differs from the actual documents, which speak for themselves. Defendant states that the remaining allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

161.   Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of documents differs from the actual documents, which speak for themselves. Defendant states that the remaining allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

162.   Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of documents differs from the actual documents, which speak for themselves. Defendant states that the remaining allegations contained in this paragraph constitute legal conclusions and therefore do not require a response.

163.   Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in this paragraph and therefore denies them.

164.   Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in this paragraph and therefore denies them.

165.   Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in this paragraph and therefore denies them.

166.   Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in this paragraph and therefore denies them.

167.   Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in this paragraph and therefore denies them.

168.   Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in this paragraph and therefore denies them.

169.   Defendant admits only that it created attestation forms allowing a borrower to apply for a borrower defense loan discharge.  Defendant denies the remaining allegations in this paragraph.

170.   Defendant states that the allegations contained in this paragraph

constitute legal conclusions and/or asserts of a jurisdictional basis for this action that do not require a response.

171.   Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in this paragraph and therefore denies them.

172.   Defendant admits only that an Administrative Wage Garnishment Hearing Decision was issued on January 30, 2017 in connection with the defaulted ECMC- guaranteed federal student loans.

173.   Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of the January 30, 2017 Administrative Wage Garnishment Hearing Decision differs from the actual decision, which speaks for itself.

174.   Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of the January 30, 2017 Administrative Wage Garnishment Hearing Decision differs from the actual decision, which speaks for itself.

175.   Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of the January 30, 2017 Administrative Wage Garnishment Hearing Decision differs from the actual decision, which speaks for itself.

176.   Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of the January 30, 2017 Administrative Wage Garnishment Hearing Decision differs from the actual decision, which speaks for itself.

177.   Defendant admits the allegation in this paragraph.

178.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

179.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

180.     Defendant admits only that Plaintiff initiated this action on February 23, 2017.  Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of the documents filed on February 23, 2017 differ from the actual documents, which speak for themselves.

181.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

182.     Defendant admits the allegations in this paragraph.

183.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

184.     Defendant admits the allegation in this paragraph.

185.     Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of the documents filed on May 22, 2017 differ from the actual documents, which speak for themselves.

186.     Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of the documents filed on May 22, 2017 differ from the actual documents, which speak for themselves.

187.     Defendant denies the allegations in this paragraph.

188.     Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of the documents she filed differ from the actual documents, which speak for themselves.

189.     Defendant admits the allegations in this paragraph.

190.     Defendant admits only that an interim administrative wage garnishment decision was issued on June 15, 2017 withdrawing the January 2017 administrative wage garnishment decision.

191.     Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of the June 15, 2017 interim decision differs from the actual decision, which speaks for itself.

192.     Defendant denies the allegations in this paragraph to the extent that

17

Plaintiff's characterization of the declaration filed on September 7, 2017 differs from the actual declaration, which speaks for itself.

193.     Defendant admits the allegations in this paragraph.

194.     Defendant admits the allegation in this paragraph.

195.     Defendant denies the allegations in this paragraph to the extent that Plaintiff's characterization of the filed Answer differs from the actual answer, which speaks for itself.

### *February 28, 2018 Borrower Defense "Adjudication"*

196.     The allegations in this paragraph constitutes Plaintiff's characterization of the Adjudication Notice document, which speaks for itself.  To the extent that these allegations differ from the Adjudication Notice document itself, Defendant denies them.

197.     The allegations in this paragraph constitutes Plaintiff's characterization of the Adjudication Notice document, which speaks for itself.  To the extent that these allegations differ from the Adjudication Notice document itself, Defendant denies them.

198.     The allegations in this paragraph constitutes Plaintiff's characterization of the Adjudication Notice document, which speaks for itself.  To the extent that these allegations differ from the Adjudication Notice document itself, Defendant denies them.

### *The Department's Irrational Use of Third-Party Data to Calculate Relief*

199.     The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that a response is required, Defendant denies the allegations in this paragraph to the extent that they differ from the process itself.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   200. The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that a response is required, Defendant denies the allegations in this paragraph to the extent that they differ from the process itself.

   201. The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that a response is required, Defendant denies the allegations in this paragraph to the extent that they differ from the process itself.

   202. The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that a response is required, Defendant denies the allegations in this paragraph to the extent that they differ from the process itself.

   203. The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that a response is required, Defendant denies the allegations in this paragraph to the extent that they differ from the process itself.

204.    The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that a response is required, Defendant denies the allegations in this paragraph to the extent that they differ from the process itself.

205.    The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that a response is required, Defendant denies the allegations in this paragraph to the extent that they differ from the process itself.

206.    The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that a response is required, Defendant denies the allegations in this paragraph to the extent that they differ from the process itself.

***The Department's Unlawful Data Experiment***

207.    The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that a response is required, Defendant denies the allegations in this paragraph to the

extent that they differ from the process itself.

208.    The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that a response is required, Defendant denies the allegations in this paragraph to the extent that they differ from the process itself.

209.    The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that a response is required, Defendant denies the allegations in this paragraph to the extent that they differ from the process itself.

210.    The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that a response is required, Defendant denies the allegations in this paragraph to the extent that they differ from the process itself.

211.    The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that a response is required, Defendant denies the allegations in this paragraph to the

1   extent that they differ from the process itself.

2       212.    The allegations in this paragraph constitute Plaintiff's

3   characterizations of the Department of Education's borrower discharge process,

4   described at https://www.ed.gov/news/press-releases/improved-borrower-defense-

5   discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks

6   for itself, and/or legal conclusions that do not require a response.  To the extent that

7   a response is required, Defendant denies the allegations in this paragraph to the

8   extent that they differ from the process itself.

9       ***The Department's Insufficient Notice and Problems with Consolidation***

10      213.    The allegations in this paragraph constitutes Plaintiff's

11  characterization of the Adjudication Notice document, which speaks for itself.  To

12  the extent that these allegations differ from the Adjudication Notice document itself,

13  Defendant denies them.

14      214.    The allegations in this paragraph constitutes Plaintiff's

15  characterization of the Adjudication Notice document, which speaks for itself.  To

16  the extent that these allegations differ from the Adjudication Notice document itself,

17  Defendant denies them.

18      215.    The allegations in this paragraph constitutes Plaintiff's

19  characterization of the Adjudication Notice document, which speaks for itself.  To

20  the extent that these allegations differ from the Adjudication Notice document itself,

21  Defendant denies them.

22      216.    The allegations in this paragraph constitutes Plaintiff's

23  characterization of the Adjudication Notice document, which speaks for itself.  To

24  the extent that these allegations differ from the Adjudication Notice document itself,

25  Defendant denies them.

26      217.    The allegations in this paragraph constitutes Plaintiff's

27  characterization of the Adjudication Notice document, which speaks for itself.  To

28  the extent that these allegations differ from the Adjudication Notice document itself,

Defendant denies them.

218.     The allegations in this paragraph constitutes Plaintiff's characterization of the Adjudication Notice document, which speaks for itself.  To the extent that these allegations differ from the Adjudication Notice document itself, Defendant denies them.

219.     The allegations in this paragraph constitutes Plaintiff's characterization of the Adjudication Notice document, which speaks for itself.  To the extent that these allegations differ from the Adjudication Notice document itself, Defendant denies them.

220.     The allegations in this paragraph constitutes Plaintiff's characterization of the Adjudication Notice document, which speaks for itself.  To the extent that these allegations differ from the Adjudication Notice document itself, Defendant denies them.

221.     The allegations in this paragraph constitutes Plaintiff's characterization of the Adjudication Notice document, which speaks for itself.  To the extent that these allegations differ from the Adjudication Notice document itself, Defendant denies them.

222.     The allegations in this paragraph constitutes Plaintiff's characterization of the Adjudication Notice document, which speaks for itself.  To the extent that these allegations differ from the Adjudication Notice document itself, Defendant denies them.

223.     Defendant admits that Plaintiff has not consolidated her FFEL loans.

224.     The allegations in this paragraph constitutes Plaintiff's characterization of the Consolidation Loan Application and/or Master Promissory Note, which speaks for itself.  To the extent that these allegations differ from the Consolidation Loan Application and/or Master Promissory Note, Defendant denies them.

225.     The allegations in this paragraph constitute Plaintiff's

23

characterization of a purported denial of an unidentified application, which speaks for itself.  To the extent that these allegations differ from the purported denial of an unidentified application, Defendant denies them.

226.    Defendant admits only that Plaintiff owes principal and interest on her FFEL loans.  Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

227.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

228.    Defendant admits only that Plaintiff owes principal and interest on her FFEL loans.  Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

229.    Defendant admits only that Plaintiff owes principal and interest on her FFEL loans.  Defendant lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore denies them.

230.    The allegations in this paragraph constitutes Plaintiff's characterization of the Adjudication Notice document, which speaks for itself.  To the extent that these allegations differ from the Adjudication Notice document itself, Defendant denies them.

231.    Defendant admits the allegations in this paragraph.

### CAUSES OF ACTION

### <u>Count 1</u>

**Arbitrary, Capricious, and Unlawful Borrower Defense Adjudication Decision—APA § 706(2)**

232.    Defendant incorporates its responses to paragraphs 1 through 231 as if set forth fully herein.

233.    Defendant states that the allegations in paragraph 233 constitute legal conclusions and/or a prayer for relief that do not require a response.

234.    Defendant states that the allegations in this paragraph constitute legal

conclusions that do not require a response.

235.    Defendant denies the allegations in this paragraph.

236.    Defendant denies the allegations in this paragraph.

237.    Defendant denies the allegations in this paragraph.

238.    Defendant denies the allegations in this paragraph.

239.    Defendant denies the allegations in this paragraph.

## Count 2

### Violation of Due Process—APA § 706(2) & U.S. Const., Amend. V

240.    Defendant incorporates its responses to each of the foregoing paragraphs as if set forth fully herein.

241.    Defendant states that the allegations in this paragraph constitute legal conclusions that do not require a response.

242.    Defendant denies the allegations in this paragraph.

243.    Defendant denies the allegations in this paragraph.

244.    Defendant denies the allegations in this paragraph.

245.    Defendant denies the allegations in this paragraph.

## Count 3

### Violation of Privacy Act -- APA § 706(2) & 5 U.S.C. § 552a

246.    Defendant incorporates its responses to each of the foregoing paragraphs as if set forth fully herein.

247.    Defendant denies the allegations in this paragraph.

248.    Defendant states that the allegations in this constitute legal conclusions that do not require a response.

249.    The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that

a response is required, Defendant denies the allegations in this paragraph to the extent that they differ from the process itself.

250.     Defendant denies the allegations in this paragraph.

251.     The allegations in this paragraph constitute Plaintiff's characterizations of the Department of Education's borrower discharge process, described at https://www.ed.gov/news/press-releases/improved-borrower-defense-discharge-process-will-aid-defrauded-borrowers-protect-taxpayers, which speaks for itself, and/or legal conclusions that do not require a response.  To the extent that a response is required, Defendant denies the allegations in this paragraph to the extent that they differ from the process itself.

252.     Defendant denies the allegations in this paragraph.

253.     Defendant denies the allegations in this paragraph.

254.     Defendant denies the allegations in this paragraph.

255.     Defendant denies the allegations in this paragraph.

## Count 4

## Arbitrary, Capricious, and Unlawful Wage Garnishment Decision—APA § 706(2)

256.     Defendant incorporates its responses to each of the foregoing paragraphs as if set forth fully herein.

257.     Defendant states that the allegations in this constitute legal conclusions and/or a prayer for relief that do not require a response.

258.     Defendant denies the allegations in this paragraph.

259.     Defendant denies the allegations in this paragraph.

260.     Defendant denies the allegations in this paragraph.

261.     Defendant denies the allegations in this paragraph.

262.     Defendant denies the allegations in this paragraph.

263.     Defendant denies the allegations in this paragraph.

264.     Defendant denies the allegations in this paragraph.

1

## **PRAYER**

2       The section preceded by heading "Prayer" constitutes Plaintiff's prayer for relief to
3  which no response is required.  To the extent a response is deemed required, Federal
4  Defendant denies Plaintiff is entitled to judgment or the relief sought.

5

6       Any allegations to which a response is deemed necessary and which have not been
7  admitted, denied, or otherwise responded to are generally and specifically denied.

8

9   DATE: August 20, 2018.                    Respectfully submitted,

10                                            NICOLA T. HANNA
                                             United States Attorney
11                                            DAVID M. HARRIS
                                             Assistant United States Attorney
12                                            Chief, Civil Division

13                                            */s/ Indira J. Cameron-Banks*
14                                            Assistant United States Attorney
                                             Chief, Financial Litigation Section
15
16                                            Attorneys for Federal Defendant
                                             BETSY DEVOS, in her official capacity
17                                            as Secretary of the United States
                                             Department of Education
18
19
20
21
22
23
24
25
26
27
28