UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | **LACV 17-342-VAP (KKx)** | Date | August 27, 2018 |
| Title | ***Sarah Dieffenbacher v. Betsy DeVos*** | | |

| | |
|---|---|
| Present: The Honorable | VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE |

| BEATRICE HERRERA | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** MINUTE ORDER RE PLAINTIFF'S MOTION TO DEEM FACTS IN FIRST AMENDED COMPLAINT ADMITTED (DOC. NO. 77) (IN CHAMBERS)

On August 7, 2018, Plaintiff Sarah Dieffenbacher filed a Motion for this Court to issue an order deeming all facts admitted in Plaintiff's First Amended Complaint ("FAC"). (Doc. No. 77.) On August 20, 2018, Defendant Betsy DeVos filed an Answer to the FAC (Doc. No. 78) and an Opposition to Plaintiff's Motion (Doc. No. 79). On August 27, 2018, Plaintiff withdrew her Motion pursuant to Local Rule 7-16, but requested that "the Court order the production of the administrative record on an expedited basis, and that the Court set a schedule for dispositive briefing." (Doc. No. 80.)

In light of the foregoing, the Court ORDERS the parties to meet and confer and to file a joint proposal regarding the schedule for the production of the administrative record and for dispositive briefing.[1]  Upon review of the parties' proposed dates, the Court will issue an order setting applicable deadlines.  The parties must file their joint proposal no later than 4:00 P.M. on September 3, 2018.  Plaintiff's Motion is moreover deemed WITHDRAWN.

**IT IS SO ORDERED.**

---

[1] The Court notes that the parties had previously stipulated to resolve the case by cross-motions for summary judgment on the administrative record.  (Doc. No. 46 at 2-3.)