NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS [CBN: 248634]
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2442
     Facsimile: (213) 894-7819
     E-mail: Indira.J.Cameron-Banks@usdoj.gov

Attorneys for Federal Defendant
Betsy DeVos, in her official capacity as Secretary of the United States Department of Education

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SARAH DIEFFENBACHER,<br><br>    Plaintiff,<br><br>    v.<br><br>BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>    Defendant. | No. CV 5:17-CV-342-VAP (KKx)<br><br>**FEDERAL DEFENDANT'S NOTICE OF FILING A SUPPLEMENT TO THE CERTIFIED ADMINISTRATIVE RECORD**<br><br>Hon. Virginia A. Phillips |

Federal Defendant, Betsy DeVos, in her official capacity as Secretary of the United States Department of Education, hereby files a supplement to the Certified Administrative Record at issue in this action brought pursuant to the Administrative Procedures Act, 5 U.S.C. § 702.

Dated: October 1, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

_____/s/_____
INDIRA J. CAMERON-BANKS
Assistant United States Attorney

Attorneys for Federal Defendant
Betsy DeVos, in her official capacity as Secretary of the United States Department of Education