DEANNE B. LOONIN (SBN 156733)
dloonin@law.harvard.edu
EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tomerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715
ROBYN C. SMITH (SBN 165446)
rsmith@lafla.org
LEGAL AID FOUNDATION OF LOS
ANGELES
5228 Whittier Blvd.
Los Angeles, CA 90022
Tel.: (213) 640-3906
Fax: (213) 640-3911

*Attorneys for Plaintiff*
SARAH DIEFFENBACHER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH DIEFFENBACHER,<br><br>*Plaintiff*,<br><br>v.<br><br>BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>*Defendant*. | Case No.: 5:17-cv-00342-VAP-KK<br><br>**STIPULATION OF DISMISSAL WITHOUT A COURT ORDER PURSUANT TO FED. R. CIV. P. 41** |

On January 4, 2019, Plaintiff Sarah Dieffenbacher and the Department of Education entered into a stipulation to discharge all of Plaintiff's federal student loans. *See In re Dieffenbacher*, No. 6:18-bj-17343 (Bankr. C.D. Cal. Jan. 4, 2019) (Doc. No. 13). The Bankruptcy Court approved that stipulation on January 22, 2019, *id.* at (Doc. No. 15), and discharged her other debts on December 10, 2018, *id.* at (Doc. No. 10).

Accordingly, because Plaintiff's loans that are the subject of this litigation have been discharged, the parties stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismiss this action.

Respectfully submitted,

s/ *Joshua D. Rovenger*
Eileen M. Connor
Deanne B. Loonin
Toby R. Merrill
Joshua D. Rovenger

LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Robyn C. Smith
LEGAL AID FOUNDATION OF
LOS ANGELES
5228 Whittier Blvd.
Los Angeles, CA 90022
Tel.: (213) 640-3906
Fax: (213) 640-3911

*Attorneys for Plaintiff Sarah Dieffenbacher*

| | |
|---|---|
| 1 | |
| 2 | *s/ Indira J. Cameron-Banks* |
| 3 | NICOLA T. HANNA |
| | United States Attorney |
| 4 | DAVID M. HARRIS |
| 5 | Assistant United States Attorney |
| | Chief, Civil Division |
| 6 | INDIRA J. CAMERON-BANKS |
| 7 | Assistant United States Attorney |
| 8 | Chief, Financial Litigation Section |
| | Attorneys for Federal Defendant |
| 9 | BETSY DEVOS, in her official |
| 10 | capacity as Secretary of the United States Department of Education |

STIPULATION OF DISMISSAL WITHOUT A COURT ORDER PURSUANT TO FED. R. CIV. P. 41